**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 7, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00220-CV

### IN RE FILA-MAR ENERGY SERVICES, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-90836**

---

## MEMORANDUM OPINION

On March 18, 2020, relator Fila-Mar Energy Services, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Ursula A. Hall, presiding judge of the 165th District Court of Harris County, to: (1) vacate her February 10, 2020 order denying relator's motion to dismiss for forum non conveniens and (2) grant such motion.

Because relator has not shown it is entitled to mandamus relief, we deny its petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.